No. 17-20545

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

ENVIRONMENT TEXAS CITIZEN LOBBY, INC. and SIERRA CLUB,
*Plaintiffs-Appellees*,

*v.*

EXXONMOBIL CORPORATION, EXXONMOBIL CHEMICAL COMPANY,
and EXXONMOBIL REFINING AND SUPPLY COMPANY,
*Defendants-Appellants*.

---

On Appeal From The United States District Court
For The Southern District Of Texas, Houston Division
Civ. No. 4:10-CV-4969 (Hittner, J.)

---

**APPELLEES' OPPOSITION TO MOTION FOR LEAVE TO FILE
A JOINT REPLY**

---

Joshua R. Kratka
National Environmental Law Center
294 Washington Street, Suite 500
Boston, Massachusetts 02108
(617) 747-4333

David A. Nicholas
20 Whitney Road
Newton, Massachusetts 02460
(617) 964-1548

Charles C. Caldart
National Environmental Law Center
1402 Third Avenue, Suite 715
Seattle, WA 98101
(206) 568-2853

Philip H. Hilder
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, Texas 77006-3905
(713) 655-9111

ATTORNEYS FOR PLAINTIFFS-APPELLEES

Neither the Federal Rules of Appellate Procedure nor the rules for this Circuit provide for a reply brief in association with a petition for rehearing en banc. Exxon requests leave to file such a reply but offers no rationale or argument whatsoever in support of its motion.

Exxon sought and received a 30-day extension of time in which to file its petition for rehearing en banc, and had a full opportunity to present its arguments in support of the petition at that time.

This Court has been provided no reason, much less a compelling one, to depart from its rules of procedure, and Exxon's Motion for Leave to File Joint Reply should be denied.

Dated: January 19, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Joshua R. Kratka*
　　　　　　　　　　　　　　　　　　Joshua R. Kratka

　　　　　　　　　　　　　　　　　　*/s/ David A. Nicholas*
　　　　　　　　　　　　　　　　　　David A. Nicholas

　　　　　　　　　　　　　　　　　　*/s/ Charles C. Caldart*
　　　　　　　　　　　　　　　　　　Charles C. Caldart

　　　　　　　　　　　　　　　　　　*Counsel of Record for Plaintiffs-Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023, a copy of the foregoing Appellees' Opposition to Motion for Leave to File a Joint Reply was filed electronically with the Clerk of the Court using the Court's ECF System. Notice of this filing will be sent electronically by operation of the Court's electronic filing system to all counsel of record.

                                          */s/ Joshua R. Kratka*
                                          Joshua R. Kratka