# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

February 17, 2023

Mr. Fields Alexander
Beck Redden, L.L.P.
1221 McKinney Street
1 Houston Center
Suite 4500
Houston, TX 77010

Mr. Charles Craig Caldart
National Environmental Law Center
10531 11th Avenue, N.E.
Suite 618
Seattle, WA 98125

Mr. Keith Alan Courtney
McGinnis Lochridge, L.L.P.
1111 W. 6th Street
Building B
Suite 2100
Austin, TX 78703

Mr. Philip Harlan Hilder
Hilder & Associates, P.C.
819 Lovett Boulevard
Houston, TX 77006

Mr. Joshua Robert Kratka
National Environmental Law Center
294 Washington Street
Suite 500
Boston, MA 02108

Mr. David A. Nicholas
20 Whitney Road
Newton, MA 02460

Mr. Eric J. R. Nichols
Butler Snow, L.L.P.
1400 Lavaca Street
Suite 1000
Austin, TX 78701

Mr. Russell S. Post
Beck Redden, L.L.P.
1221 McKinney Street
1 Houston Center
Suite 4500
Houston, TX 77010

Mr. Bryon A. Rice
Hicks, Davis & Wynn, P.C.
3555 Timmons Lane
Suite 1000
Houston, TX 77027

    No. 17-20545    Env Tx Citizen Lobby v. ExxonMobil
                           USDC No. 4:10-CV-4969

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Appellants will have until March 20, 2023, to file an en banc brief and the Appellees' en banc brief is due on April 19, 2023. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the petitioner and red for the respondent). The case will be heard sometime during the week of May 15, 2023. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, supplemental briefs, and record excerpts, for the use

of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by (14 day deadline). Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Mr. Christopher Anderson
    Ms. Suzanne Reddell Chauvin
    Ms. Kirti Datla
    Mrs. Kelly Leigh Haragan
    Mr. Michael Robert Hull
    Mr. Aaron Michael Streett