# United States Court of Appeals for the Fifth Circuit

No. 17-20545

Environment Texas Citizen Lobby, Incorporated; Sierra Club,

*Plaintiffs—Appellees*,

*versus*

ExxonMobil Corporation; ExxonMobil Chemical Company; ExxonMobil Refining & Supply Company,

*Defendants—Appellants*.

Appeal from the United States District Court for the Southern District of Texas USDC No. 4:10-CV-4969

ON PETITION FOR REHEARING EN BANC

(Opinion August 30, 2022, 5 Cir., 2022, 47 F.4th 408 )

Before Richman, *Chief Judge*, and Jones, Smith, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, and Douglas, *Circuit Judges*.

Per Curiam:

No. 17-20545

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated August 30, 2022, is VACATED.