**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

# Selected docket entries for case 17–20545

Generated: 05/08/2025 02:20:18

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 04/19/2023 | 374 Appellee's Supplemental Brief Filed **DOCUMENT COULD NOT BE RETRIEVED!** | | APPELLEES' SUPPLEMENTAL BRIEF FILED. E/Res's Supplemental Brief deadline satisfied. Paper Copies of Brief due on 04/25/2023 for Appellees Environment Texas Citizen Lobby, Incorporated and Sierra Club. [17–20545] REVIEWED AND/OR EDITED – The original text prior to review appeared as follows: APPELLEE'S SUPPLEMENTAL BRIEF FILED by Environment Texas Citizen Lobby, Incorporated and Sierra Club Date of service: 04/19/2023 via email – Attorney for Appellants: Alexander, Courtney, Nichols, Post, Rice; Attorney for Special Respondent: Anderson; Attorney for Appellees: Caldart, Hilder, Kratka, Nicholas; Attorney for Amici Curiae: Chauvin, Datla, Haragan, Hull, Streett [17–20545] (Joshua Robert Kratka ) |