# No. 17-20545

## In the United States Court of Appeals For the Fifth Circuit

ENVIRONMENT TEXAS CITIZEN LOBBY, INCORPORATED; SIERRA CLUB,

*Plaintiffs – Appellees*,

v.

EXXONMOBIL CORPORATION; EXXONMOBIL CHEMICAL COMPANY; EXXONMOBIL REFINING & SUPPLY COMPANY,

*Defendants – Appellants*.

Appeal from the United States District Court for the Southern District of Texas, Houston Division; No. 4:10-CV-4969

**APPELLANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EN BANC REPLY BRIEF**

TO THE HONORABLE U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Appellants Exxon Mobil Corporation, ExxonMobil Chemical Company and ExxonMobil Refining & Supply Company ("ExxonMobil") respectfully seek leave to file an en banc reply brief. This motion is unopposed.

This appeal involves an important and complex Clean Air Act citizen suit. Prior proceedings before the panel have generated two opinions that illustrate the complexity of the issues. *Environment Texas Citizen Lobby v. ExxonMobil Corp.*, 968 F.3d 357 (5th Cir. 2020); *Environment Texas Citizen Lobby, Inc. v. ExxonMobil Corp.*, 47 F.4th 408 (5th Cir. 2022). Rehearing en banc was granted and both parties were granted leave to file en banc briefs of 17,500 words.

Appellants believe the Court will benefit from a reply brief that clashes with the arguments set forth in Appellees' brief. In addition, consent has been requested for four amicus briefs supporting the Appellees (on behalf of at least nine amici). Appellants are entitled to an opportunity to address the arguments presented by those amici, and the Court will benefit from a clash over those arguments.

Appellants are mindful that oral argument is scheduled for May 16, 2023. They will file their en banc reply brief by May 4, 15 days after the Appellees' brief (and barely a week after the four amicus briefs). Appellants do not request any expansion of the regular word limit for reply briefs.

## **CONCLUSION**

Appellants respectfully ask that this Court grant leave to file a reply brief on or before May 4, 2023.

Respectfully submitted,

BECK REDDEN LLP

By: *Russell S. Post*
    Russell S. Post
    Fields Alexander
    Robert D. Daniel
1221 McKinney, Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 (Fax)

BUTLER SNOW
Eric J.R. Nichols
1400 Lavaca Street, Suite 1000
Austin, TX 78701
(737) 802-1800
(737) 802-1801 (Fax)

MCGINNIS LOCHRIDGE
Keith A. Courtney
600 Congress Ave., Suite 2100
Austin, TX 78701
(512) 495-6000
(512) 495-6093 (Fax)

**COUNSEL FOR EXXON APPELLANTS**

### CERTIFICATE OF CONFERENCE

    I certify that I conferred with counsel for Appellees concerning this motion, and Appellees do not oppose the relief requested in this motion.

/s/ *Russell S. Post*
Russell S. Post

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, a copy of the foregoing motion was filed electronically with the Clerk of the Court using the Court's ECF System. Notice of this filing will be sent electronically by operation of the Court's electronic filing system to the following counsel of record:

Philip H. Hilder
philip@hilderlaw.com
HILDER & ASSOCIATES, P.C.
819 Lovett Boulevard
Houston, TX 77006

Charles C. Caldart
cccnelc@aol.com
NATIONAL ENVIRONMENTAL
LAW CENTER
1402 Third Avenue, Suite 715
Seattle, WA 98101

Joshua R. Kratka
josh.kratka@nelconline.org
NATIONAL ENVIRONMENTAL
LAW CENTER
294 Washington Street, Suite 500
Boston, MA 02108

David A. Nicholas
dnicholas@verizon.net
20 Whitney Road
Newton, MA 02460

*Counsel for Appellees,
Environment Texas Citizen Lobby,
Incorporated and Sierra Club*

Richard S. Moskowitz
Tyler Kubik
AMERICAN FUEL & PETROCHEMICAL
MANUFACTURERS
1800 M Street, NW, Suite 900N
Washington, DC 20036

*Counsel for Amicus Curiae
American Fuel & Petrochemical
Manufacturers*

Erica Klenicki
Michael A. Tilghman II
NATIONAL ASSOCIATION OF
MANUFACTURERS
733 10th Street, NW, Suite 700
Washington, DC 20001

*Counsel for Amicus Curiae
National Association of
Manufacturers*

Aaron M. Streett
Matthew Kuryla
Harrison Reback
Elisabeth C. Butler
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995

*Counsel for Amici Curiae*

| | |
|---|---|
| Todd Kim<br>Daniel Halainen<br>Christopher Anderson<br>ENVIRONMENT AND<br>NATURAL RESOURCES DIVISION<br>U.S. Department of Justice<br>Post Office Box 7415<br>Washington, DC 20044<br>christopher.anderson3@usdoj.gov<br><br>Mark Kataoka<br>Elizabeth Huston<br>OFFICE OF GENERAL COUNSEL<br>U.S. Environmental Protection Agency<br><br>*Counsel for Amicus Curiae*<br>*The United States* | Andrew R. Varcoe<br>Stephanie A. Maloney<br>U.S. CHAMBER LITIGATION CENTER<br>1615 H Street, NW<br>Washington, DC 20062<br>(202) 463-5337<br><br>*Counsel for Amicus Curiae*<br>*Chamber of Commerce of the*<br>*United States of America*<br><br>Elliott Zenick<br>AMERICAN CHEMISTRY COUNCIL<br>700 2nd Street, NE<br>Washington, DC 20002<br><br>*Counsel for Amicus Curiae*<br>*American Chemistry Council* |

*/s/ Russell S. Post*
Russell S. Post

5