Case No. 17-20545

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

ENVIRONMENT TEXAS CITIZEN LOBBY,
INCORPORATED; SIERRA CLUB,
*Plaintiffs-Appellees,*

v.

EXXONMOBIL CORPORATION; EXXONMOBIL CHEMICAL
COMPANY; EXXONMOBIL REFINING & SUPPLY COMPANY,
*Defendants-Appellants.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

**UNOPPOSED CONDITIONAL MOTION OF
AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, BCCA
APPEAL GROUP, CHAMBER OF COMMERCE OF THE UNITED
STATES OF AMERICA, NATIONAL ASSOCIATION OF
MANUFACTURERS, AMERICAN CHEMISTRY COUNCIL, TEXAS
CHEMICAL COUNCIL, AND TEXAS OIL & GAS ASSOCIATION
TO PRESENT ORAL ARGUMENT AS *AMICI CURIAE***

Aaron M. Streett
Matthew Kuryla
Harrison Reback
Elisabeth C. Butler
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
(713) 229-1234

*Counsel for Amici Curiae*

Erica Klenicki
Michael A. Tilghman II
NATIONAL ASSOCIATION OF
MANUFACTURERS
733 10th Street, NW, Suite 700
Washington, DC  20001
(202) 637-3100

*Counsel for Amicus Curiae
National Association of
Manufacturers*

Elliott Zenick
AMERICAN CHEMISTRY
COUNCIL
700 2nd Street, NE
Washington, DC  20002
(202) 249-6744

*Counsel for Amicus Curiae
American Chemistry Council*

Andrew R. Varcoe
Stephanie A. Maloney
U.S. CHAMBER LITIGATION
CENTER
1615 H Street, NW
Washington, DC 20062
(202) 463-5337

*Counsel for Amicus Curiae
Chamber of Commerce of the
United States of America*

Richard S. Moskowitz
Tyler Kubik
AMERICAN FUEL &
PETROCHEMICAL
MANUFACTURERS
1800 M Street, NW, Suite 900N
Washington, DC 20036
(202) 457-0480

*Counsel for Amicus Curiae
American Fuel &
Petrochemical Manufacturers*

*Amici Curiae* American Fuel & Petrochemical Manufacturers, Business Coalition for Clean Air ("BCCA") Appeal Group, Chamber of Commerce of the United States of America, National Association of Manufacturers, American Chemistry Council, Texas Chemical Council, and Texas Oil & Gas Association respectfully request that this Court grant them leave to present oral argument in this case as *amici curiae* pursuant to Federal Rule of Appellate Procedure 29(a)(8), if the Court grants the United States' pending motion to participate in the oral argument.

*Amici* learned of the United States' intention to seek participation in oral argument yesterday—the date Oral Argument Acknowledgement Forms are due. *Amici* consulted with the parties to the appeal, who do not oppose this motion. Defendants-Appellants ExxonMobil Corporation, ExxonMobil Chemical Company, and ExxonMobil Refining & Supply Company (collectively, "ExxonMobil") have agreed to allocate a portion of their oral argument time to *Amici*, with the amount to be determined upon the Court's ruling on the United States' motion. *Amici* and ExxonMobil will note the allocation of time between them in their respective Oral Argument Acknowledgement Forms.

*Amici* have a strong interest in the outcome of this case, reflected by their consistent participation at every stage of this appeal over the last several years. *Amici*'s members are regulated by the Environmental Protection Agency and its state counterpart—the Texas Commission on Environmental Quality—under the Clean

Air Act ("CAA"). These members are subject to the same self-reporting requirements under state and federal law that generated the reports on which the citizen-plaintiffs in this case relied to show violations of the CAA. By participating in oral argument, *Amici* can present a broader perspective of the potential impacts this case could have on regulated businesses, including the possibility that an improper standing test could cause a flood of citizen-suit litigation.

For the foregoing reasons, *Amici* respectfully request that this Court grant them leave to participate in oral argument if the Court grants the United States' motion to present oral argument.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Aaron M. Streett* |
| Richard S. Moskowitz | Aaron M. Streett |
| Tyler Kubik | Matthew Kuryla |
| AMERICAN FUEL & | Harrison Reback |
| PETROCHEMICAL | Elisabeth C. Butler |
| MANUFACTURERS | BAKER BOTTS L.L.P. |
| 1800 M Street, NW, Suite 900N | 910 Louisiana Street |
| Washington, DC 20036 | Houston, Texas 77002-4995 |
| (202) 457-0480 | (713) 229-1234 |
| *Counsel for Amicus Curiae American Fuel & Petrochemical Manufacturers* | *Counsel for Amici Curiae* |

Erica Klenicki
Michael A. Tilghman II
NATIONAL ASSOCIATION OF
MANUFACTURERS
733 10th Street, NW, Suite 700
Washington, DC  20001
(202) 637-3100

*Counsel for Amicus Curiae
National Association of
Manufacturers*

Andrew R. Varcoe
Stephanie A. Maloney
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
(202) 463-5337

*Counsel for Amicus Curiae
Chamber of Commerce of the
United States of America*

Elliott Zenick
AMERICAN CHEMISTRY COUNCIL
700 2nd Street, NE
Washington, DC  20002
(202) 249-6744

*Counsel for Amicus Curiae
American Chemistry Council*

## **CERTIFICATE OF CONFERENCE**

I certify that I have contacted Russell Post, counsel for Appellants, and Joshua Kratka, counsel for Appellees, regarding the relief requested in this motion. Counsel for both parties stated they were unopposed.

*/s/ Aaron M. Streett*
Aaron M. Streett
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above document was served on this the 2nd day of May, 2023, via the Court's CM/ECF system on all counsel of record.

*/s/ Aaron M. Streett*
Aaron M. Streett
*Counsel for Amici Curiae*

# **CERTIFICATE OF COMPLIANCE**

Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements, and Type Style Requirements

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 328 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using the Microsoft Office Word 2010 word processing software in 14-point Times New Roman type style.

*/s/ Aaron M. Streett*
Aaron M. Streett
*Counsel for Amici Curiae*