# No. 17-20545

## In the United States Court of Appeals For the Fifth Circuit

ENVIRONMENT TEXAS CITIZEN LOBBY, INCORPORATED; SIERRA CLUB,

*Plaintiffs – Appellees*,

v.

EXXONMOBIL CORPORATION; EXXONMOBIL CHEMICAL COMPANY; EXXONMOBIL REFINING & SUPPLY COMPANY,

*Defendants – Appellants*.

Appeal from the United States District Court for the Southern District of Texas, Houston Division; No. 4:10-CV-4969

**APPELLANTS' RESPONSE TO MOTION OF UNITED STATES FOR LEAVE TO PRESENT ORAL ARGUMENT AS AMICUS CURIAE**

TO THE HONORABLE U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Appellants Exxon Mobil Corporation, ExxonMobil Chemical Company and ExxonMobil Refining & Supply Company ("ExxonMobil") respectfully file this response to the Motion of the United State for Leave to Present Oral Argument as Amicus Curiae.

1. As the Motion accurately recounts, ExxonMobil does not oppose the Government's motion to participate in oral argument.

2. ExxonMobil takes no position on the Government's request for additional argument time, provided that equal time is granted to each side.

3. To be clear, ExxonMobil is not opposed to additional argument time. It simply believes the appropriate amount of time for argument is a matter best left to the Court's discretion and will abide by the Court's preference.

4. In view of the request by the Government to participate in argument, Amici American Fuel and Petrochemical Manufacturers, et al., have also requested permission to participate in oral argument. ExxonMobil consents to that request, and will allocate a portion of its time to counsel for those Amici. Once the Court acts on the Government's motion and determines the total argument time that will be allocated to each side, ExxonMobil will confer with Amici to allocate the time assigned to Appellants' side.

5. Once these pending motions are resolved, ExxonMobil will promptly file its oral argument form.

## Conclusion

Appellants consent to the Government's motion to participate in argument and take no position on the Government's request for additional argument time, provided that equal time is granted to each side. In the event that the Court grants the Government's motion, it should also grant Amici American Fuel and Petrochemical Manufacturers, et al., leave to participate in the oral argument. ExxonMobil will allocate a portion of its time to counsel for Amici.

Respectfully submitted,

BECK REDDEN LLP

By: *Russell S. Post*
    Russell S. Post
    Fields Alexander
    Robert D. Daniel
1221 McKinney, Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 (Fax)

BUTLER SNOW
Eric J.R. Nichols
1400 Lavaca Street, Suite 1000
Austin, TX 78701
(737) 802-1800
(737) 802-1801 (Fax)

MCGINNIS LOCHRIDGE
Keith A. Courtney
600 Congress Ave., Suite 2100
Austin, TX 78701
(512) 495-6000
(512) 495-6093 (Fax)

**COUNSEL FOR EXXON APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, a copy of the foregoing motion was filed electronically with the Clerk of the Court using the Court's ECF System. Notice of this filing will be sent electronically by operation of the Court's electronic filing system to the following counsel of record:

Philip H. Hilder
philip@hilderlaw.com
HILDER & ASSOCIATES, P.C.
819 Lovett Boulevard
Houston, TX 77006

Charles C. Caldart
cccnelc@aol.com
NATIONAL ENVIRONMENTAL
LAW CENTER
1402 Third Avenue, Suite 715
Seattle, WA 98101

Joshua R. Kratka
josh.kratka@nelconline.org
NATIONAL ENVIRONMENTAL
LAW CENTER
294 Washington Street, Suite 500
Boston, MA 02108

David A. Nicholas
dnicholas@verizon.net
20 Whitney Road
Newton, MA 02460

*Counsel for Appellees,
Environment Texas Citizen Lobby,
Incorporated and Sierra Club*

Richard S. Moskowitz
Tyler Kubik
AMERICAN FUEL & PETROCHEMICAL
MANUFACTURERS
1800 M Street, NW, Suite 900N
Washington, DC 20036

*Counsel for Amicus Curiae
American Fuel & Petrochemical
Manufacturers*

Erica Klenicki
Michael A. Tilghman II
NATIONAL ASSOCIATION OF
MANUFACTURERS
733 10th Street, NW, Suite 700
Washington, DC 20001

*Counsel for Amicus Curiae
National Association of
Manufacturers*

Aaron M. Streett
Matthew Kuryla
Harrison Reback
Elisabeth C. Butler
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995

*Counsel for Amici Curiae*

4

| | |
|---|---|
| Todd Kim<br>Daniel Halainen<br>Christopher Anderson<br>ENVIRONMENT AND<br>NATURAL RESOURCES DIVISION<br>U.S. Department of Justice<br>Post Office Box 7415<br>Washington, DC 20044<br>christopher.anderson3@usdoj.gov<br><br>Mark Kataoka<br>Elizabeth Huston<br>OFFICE OF GENERAL COUNSEL<br>U.S. Environmental Protection Agency<br><br>*Counsel for Amicus Curiae*<br>*The United States* | Andrew R. Varcoe<br>Stephanie A. Maloney<br>U.S. CHAMBER LITIGATION CENTER<br>1615 H Street, NW<br>Washington, DC 20062<br>(202) 463-5337<br><br>*Counsel for Amicus Curiae*<br>*Chamber of Commerce of the*<br>*United States of America*<br><br>Elliott Zenick<br>AMERICAN CHEMISTRY COUNCIL<br>700 2nd Street, NE<br>Washington, DC 20002<br><br>*Counsel for Amicus Curiae*<br>*American Chemistry Council* |

*/s/ Russell S. Post*
Russell S. Post